UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DITTO, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PETERSON PROPERTIES, et al.,<br><br>        Defendants. | Case No. 22-cv-03957-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Ditto v. Peterson Properties*, 22-cv-03598-AGT.

**IT IS SO ORDERED.**

Dated: July 7, 2022

THOMAS S. HIXSON
United States Magistrate Judge