UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DITTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PETERSON PROPERTIES, et al.,<br><br>    Defendants. | Case No. 22-cv-03598-HSG<br><br>**ORDER CLOSING DUPLICATIVE CASE**<br><br>Re: Dkt. No. 21 |
| FRANK DITTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PETERSON PROPERTIES, et al.,<br><br>    Defendants. | Case No. 22-cv-03957-HSG |

Defendants have alerted the Court that the above-captioned cases are duplicative. *See Ditto v. Peterson Properties et al*, Case No. 4:22-cv-03598, Dkt. No. 21. Plaintiffs appear to agree that the second case was filed in error. *See id.*, Dkt. No. 24. Accordingly, the Clerk is directed to close the later-filed case, *Ditto v. Peterson Properties et al*, Case No. 4:22-cv-03957-HSG. All future filings shall be submitted in *Ditto v. Peterson Properties et al*, Case No. 4:22-cv-03598.

Defendants are further **DIRECTED** to re-file their motion to dismiss in Case No. 4:22-cv-03598 by September 28, 2022, and to notice the motion for December 15, 2022, at 2:00 p.m. Plaintiffs' responses to the motion are due October 12, 2022. Defendants' replies are due October 19, 2022. The Court cautions Plaintiffs that if they fail to respond to the motion to dismiss or meet other court-imposed deadlines, their case may be dismissed for failure to prosecute.

//

1   This order terminates as moot Dkt. No. 21 in Case No. 22-cv-03598.

2   **IT IS SO ORDERED.**

3   Dated: 9/26/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge