1  JESSE A. BOYD, SBN 254894
   ERICKSEN ARBUTHNOT
2  2300 Clayton Road, Suite 350
   Concord, California 94520-2145
3  jboyd@ericksenarbuthnot.com
   Telephone:    (510) 832-7770
4  Facsimile:    (510) 832-0102
   Attorneys for Defendants
5  PETERSON PROPERTIES,
   PETERSON PROPERTY MANAGEMENT,
6  TED PETERSON and STEVE PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANK DITTO and JULIE DITTO, | Case No. 4:22-cv-03598 HSG |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a); ORDER OF DISMISSAL** |
| v. | |
| PETERSON PROPERTIES, PETERSON PROPERTY MANAGEMENT, TED PETERSON and STEVE PETERSON | |
| Defendants. | |

Plaintiffs Frank Ditto and Julie Ditto and Defendants Peterson Properties, Peterson Property Management, Ted Peterson, and Steve Peterson hereby stipulate under Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) that this entire action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. For the convenience of the parties, this stipulation shall be filed by counsel for Defendants.

Dated: December 5, 2022           FRANK DITTO
                                  *Frank Ditto* (signature)

                                  _____

<SIGNATURES CONTINUED AND CONFIRMING ORDER ON FOLLOWING PAGE>

Dated: December 5, 2022  JULIE DITTO

Dated: December 5, 2022  Defendants PETERSON PROPERTIES, PETERSON PROPERTY MANAGEMENT, TED PETERSON, and STEVE PETERSON

JESSE A. BOYD,
Attorney for all named Defendants.

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: 12/6/2022

UNITED STATES DISTRICT JUDGE